UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-20779-GAYLES/WHITE

ANISUR REHMAN,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.
                                                 /

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge [ECF No. 12]. Petitioner Anisur Rehman filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on February 28, 2017 [ECF No. 1]. The matter was referred to Judge White, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pretrial, nondispositive matters, and for a Report and Recommendation on any dispositive matters [ECF No. 3]. Judge White's Report recommends that the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 be dismissed as moot without prejudice. Objections to the Report were due by June 8, 2017. To date, no objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). If no objections are filed, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note. The Court has undertaken this review and has found no clear error in the analysis and

recommendations stated in the Report. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge White's Report and Recommendation [ECF No. 12] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) the Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED AS MOOT WITHOUT PREJUDICE**;

(3) this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of June, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE